ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
AUG 0 9 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. |
| MIRANDA MORGAN PAULEY, | **23 CR 133 JFH** |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]**

On or about January 11, 2023, within the Eastern District of Oklahoma, the defendant, **MIRANDA MORGAN PAULEY**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION
**[21 U.S.C. § 853]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Count of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A), the defendant, **MIRANDA MORGAN PAULEY,** shall forfeit to the United States, pursuant to Title 21, United States Code,

Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offense[s], and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense(s), including, but not limited to:

## UNITED STATES CURRENCY

- Approximately $6,940.57 in United States Currency located in a black purse;

- Approximately $2,841.00 in United States Currency located in a duffle bag; and

- Approximately $8,002.00 in United States Currency located in a black safe.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

RYAN BONDURA, SC Bar No. 104079
Assistant United States Attorney